FILED
CLERK, U.S. DISTRICT COURT
AUG 11 2026
CENTRAL DISTRICT OF CALIFORNIA
BY AF DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>TREVOR JACOB KING,<br>Defendant. | Case No. CR26-0487-SBClick here to enter text.<br><br>ORDER OF DETENTION |

I.

On August 11, 2026, Defendant Trevor Jacob King made his initial appearance on the Indictment filed in this matter. Deputy Federal Public Defender

Daniel Lee, was appointed to represent Defendant. The government was represented by Assistant United States Attorney Yfan Everett. A detention hearing was held.

☒ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered the information presented at the hearing, the arguments of counsel, and the report and recommendation prepared by U.S. Probation and Pretrial Services.

\\

\\

\\

IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

☒ partially verified background information; inconsistent information regarding residence

☒ use of monikers, 1 name variation, and an additional social security number

☒ history of substance abuse

☒ unrebutted presumption.

As to danger to the community:

☒ Defendant charged with possession with intent to distribute fentanyl, and firearms offenses, including felon in possession of firearm.

☒ criminal history includes felony conviction for narcotics related offense and vehicle theft

☒ alleged gang affiliation

☒ history of substance use

☒ unrebutted presumption

V.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will

deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: August 11, 2026

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE